No. 9507. STATE OF MONTANA ex rel. FRANK M. GRAY and SHIRLEY GRAY, RELATORS, *v.* DISTRICT COURT OF THE EIGHTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Gallatin, and the HONORABLE F. V. WATTS, District Judge presiding therein, RESPONDENTS.

278 Pac. (2d) 1005.

Decided January 22, 1955.

622

*E. F. Bunker, Lyman H. Bennett, Jr., Ernest A. Peterson,* Bozeman, for relators.

Per Curiam.

It is ordered that the writ for relief herein sought be denied and the proceeding be dismissed.